**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                           (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Hampshire Group, Limited |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 0 6 – 0 9 6 7 1 0 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1924       Pearman Dairy Road<br>Number    Street | _____<br>Number    Street |
| | P.O. Box _____ |
| Anderson         SC        29625<br>City              State     ZIP Code | _____<br>City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Anderson<br>County | _____<br>Number    Street |
| | _____<br>City              State     ZIP Code |

5. **Debtor's website (URL)**    www.hamp.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor   Hampshire Group, Limited                           Case number (if known)_____
         Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4   2   4   3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No
   ☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
           District _____ When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ■ Yes.  Debtor   See Schedule 1 attached hereto.    Relationship _____
            District District of Delaware               When 11/23/2016
                                                             MM / DD /YYYY
            Case number, if known _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

Debtor    Hampshire Group, Limited    Case number (if known) _____
         Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street

_____
City         State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   Hampshire Group, Limited                           Case number (if known) _____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/23/2016
              MM / DD / YYYY

X _/s/ Paul Buxbaum_____      Paul Buxbaum
Signature of authorized representative of debtor      Printed name

Title   President and Chief Executive Officer

**18. Signature of attorney**

X _/s/ Michael DeBaecke_____      Date   11/23/2016
Signature of attorney for debtor                         MM / DD / YYYY

Michael D. DeBaecke
Printed name

BLANK ROME LLP
Firm name

1201     N. Market Street, Suite 800
Number   Street

Wilmington                                       Delaware      19801
City                                             State         ZIP Code

(302) 425-6412                                   DeBaecke@BlankRome.com
Contact phone                                    Email address

3186                                             Delaware
Bar number                                       State

## SCHEDULE 1 TO VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The Debtors will file a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities:**

- Hampshire Group, Limited (06-0967107)

- Hampshire Brands, Inc. (06-0961174)

- Hampshire International, LLC (45-2685327)

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>000-20201</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on <u>10/1/2016</u>.

    a. Total assets                                       $ <u>25,900,000</u>

    b. Total debts (including debts listed in 2.c., below)    $ <u>41,800,000</u>

    c. Debt securities held by more than 500 holders   <u>Not Applicable</u>

                                                                                                                            Approximate number of holders:

| | | | |
|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____     _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____     _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____     _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____     _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____     _____ |

    d. Number of shares of preferred stock                           <u>None outstanding</u>
    e. Number of shares common stock                              <u>8,830,714 shares</u>
                                                                                                          oustanding as of 11/21/16

    Comments, if any: _____

_____

3. Brief description of debtor's business: <u>Provider of fashion apparel across a broad range of product categories, channels of distribution and price points.</u>

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
                <u>See attachment A</u>

## Attachment A

### Beneficial Holders of 5% or More of the Common Stock of Hampshire Group, Limited[1]

- Paul M. Buxbaum

- Benjamin C. Yogel

- Wynnefield Partners Small Cap Value, L.P. I., Wynnefield Partners Small Cap Value L.P., Wynnefield Small Cap Value Offshore Fund, Ltd., Wynnefield Capital, Inc. Profit Sharing Plan, Wynnefield Capital Management, LLC, Wynnefield Capital, Inc., Nelson Obus and Joshua Landes

- Invesco Ltd. and subsidiaries

- David L. Gren

- Fidelity Low Price Stock Fund, Fidelity Management & Research Company, Edward C. Johnson III and FMR LLC

- Terrier Partners L.P., B-doggy LLC and Bobby Melnick

---

[1] Based on filings made by these persons and entities with the SEC.

CERTIFICATE OF THE SECRETARY
OF HAMPSHIRE GROUP, LIMITED

I, William Drozdowski, the undersigned Secretary of Hampshire Group, Limited, a Delaware corporation (the "***Company***"), do hereby certify that: (a) I am the duly elected, qualified Secretary of the Company; (b) the following resolutions were duly adopted by the Board of Directors (the "***Board of Directors***") of the Company, as of November 23, 2016, in accordance with the requirements of applicable law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof.

**HAMPSHIRE GROUP, LIMITED BOARD OF DIRECTORS'
RESOLUTIONS DULY ADOPTED AT A MEETING OF THE BOARD
OF DIRECTORS HELD ON NOVEMBER 23, 2016**

**WHEREAS,** the meeting of the Board of Directors was called to order for the purpose, among others, of discussing the Company's current circumstances regarding financial liquidity and authorizing the Company's filing of a petition (a "***Petition***") seeking relief under the provisions of Chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "***Bankruptcy Code***"); and

**WHEREAS,** the Board of Directors has been evaluating and considering a sale or liquidation of the Company's business in consultation with professional advisors of the Company; and

**WHEREAS,** the Board of Directors has determined that it is in the best interest of the Company and its stakeholders for the Company to file a Petition and file a Chapter 11 plan implementing, among other things, the distribution of proceeds among stakeholders, on the terms outlined to the Board of Directors on the date hereof; and

**WHEREAS,** after discussion and review of the current circumstances regarding the financial liquidity of the Company with the Company's executive officers and financial and legal advisors and after evaluating and considering the information provided by and the recommendations of the Company's executive officers and financial and legal advisors, the following resolutions, among others, were duly made and seconded and unanimously adopted by the Board of Directors.

**NOW, THEREFORE, BE IT**

**RESOLVED,** that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company and its creditors, members and other interested parties that the Company file a Petition; and

**FURTHER RESOLVED,** that Paul Buxbaum, Chief Executive Officer and President, and William Drozdowski, Interim Chief Financial Officer and Secretary (collectively, the "***Authorized Officers***" and each, individually, an "***Authorized Officer***") are authorized and instructed to cause preparation of an appropriate voluntary Petition as determined by such Authorized Officer under Chapter 11 of the Bankruptcy Code on behalf of the Company; and

FURTHER RESOLVED, that each of the Authorized Officers are hereby authorized, on behalf of and in the name of the Company, to execute the Petition in such form as such Authorized Officer deems appropriate and that, upon such execution, the Authorized Officers are hereby authorized to cause the Company to file the petition with the United States Bankruptcy Court for the District of Delaware to commence a case (a "*Bankruptcy Case*") under Chapter 11 of the Bankruptcy Code on November 23, 2016; and

FURTHER RESOLVED, that each of the Authorized Officers are hereby authorized to sign a written consent on behalf of the Company, in its capacity as the sole managing member of Hampshire International, LLC ("*Hampshire International*"), to authorize the commencement on November 23, 2016 of a Bankruptcy Case for Hampshire International; and

FURTHER RESOLVED, that each of the Authorized Officers, on terms consistent with those presented to the Board of Directors, are authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, including the first day pleadings as described to the Board of Directors, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that such Authorized Officer deems necessary and proper in connection with the Bankruptcy Case; and

FURTHER RESOLVED, that the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to (a) enter into an agreement regarding use of cash collateral and any associated documents and consummate the transactions contemplated therein (collectively, the "*Financing Transactions*") with such lenders and on such terms as may be approved, modified or amended by the Authorized Officers, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all, or substantially all of the Company's assets, in such case, as may be deemed necessary or desirable by the Authorized Officers in connection with the Financing Transactions, subject to any requisite bankruptcy court approval, with a view to the successful prosecution of the Bankruptcy Case and to effect the purposes and intent of the resolutions set forth herein; and

FURTHER RESOLVED, that: (a) each of the Authorized Officers are hereby authorized, on behalf of and in the name of the Company, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Authorized Officer may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "*Financing Documents*"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by the Authorized Officer are hereby approved; and (c) the actions of the Authorized Officer taken pursuant to this Resolution, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the Authorized Officer's approval thereof and the necessity or desirability thereof; and

FURTHER RESOLVED, that each of the Authorized Officers are hereby authorized to retain, on behalf of and in the name of the Company, the professionals listed

-2-

-3-

on Schedule A attached hereto and such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in the Authorized Officer's judgment may be necessary or desirable in connection with the Company's Bankruptcy Case and Hampshire International's Bankruptcy Case and other related matters, on such terms as the Authorized Officer shall approve and the Authorized Officer's retention thereof to constitute conclusive evidence of the Authorized Officer's approval and the necessity and desirability thereof; and

**FURTHER RESOLVED,** that each of the Authorized Officers are authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to sell assets of the Company, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or in connection with a Bankruptcy Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by the Authorized Officers or any other officer of the Company to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

**FURTHER RESOLVED,** that each member of the Board of Directors hereby waives any and all irregularities of notice, with respect to the time and place of meeting, and consents to the transaction of all business described herein.

[signature page follows]

IN WITNESS WHEREOF, the undersigned has executed this certificate on November 23, 2016.

By: _____
Name: William Drozdowski
Title: Secretary

<u>Schedule A</u>

Professionals

- Blank Rome LLP
- Curry, P.A.
- GRL Capital Advisors
- Buxbaum Group

| Fill in this information to identify the case: |
|---|
| Debtor name:  Hampshire Group, Limited |
| United States Bankruptcy Court for the District of Delaware |
| Case Number (*if known*): _____ |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ONEWOO CORPORATION C/O HURWITZ & FINE, P.C 424 MAIN STREET, SUITE 1300 BUFFALO, NY 14202 | Attn: Robert L. Lash, Esq. Attn: Scott K. Hur, Esq. (T): (212)-468-5595 (F): (212)-468-5599 rlash@hlnylaw.com shur@hlnylaw.com | TRADE DEBT | DISPUTED | | | $3,452,282.43 |
| 2 | TRIBURG USA 485 FASHION AVE., SUITE 1611 NEW YORK, NY 10018 | (T): (212) 967-2343 | LANDLORD | | | | $3,090,962.66 |
| 3 | AURORA INVESTMENTS GLOBAL LTD. 14A, UNIONWAY COMMERCIAL CENTRE, 283 QUEENS ROAD CENTRAL, HONG KONG | (T): +852 8340-8921 | TRADE DEBT | | | | $2,684,348.57 |
| 4 | I-MAR LLC 5150 RANCHO ROAD HUNTINGTON BEACH, CA 92647 | (T): (714) 901-4627 (F): (714) 901-4637 | TRADE DEBT | | | | $2,377,587.69 |
| 5 | BRE 119 WEST 41ST STREET LLC P.O. BOX 783856 PHILADELPHIA, PA 19178 | Attn: Shapher Williams (T): 818-334-2254 Shapher_Williams@ EquityOffice.com | LANDLORD | | | | $1,177,457.03 |

Debtor: Hampshire Group, Limited                                    Case Number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | MAU WING INDUSTRIAL<br>ROOM 701-706, 7/F, HEWLETT CENTRE,<br>54 HOI YUEN ROAD,<br>KWUN TONG, KOWLOON,<br>HONG KONG | (T): 852-2344-6990<br>(F): 852-2341-4334 | TRADE DEBT | | | | $704,667.78 |
| 7 | JIANGSU GUOTAI HUASHENG<br>24-26 FL GUOTAI BLD RENMIN RD,<br>ZHANGJIAGANG, JIANGSU<br>CHINA | | TRADE DEBT | | | | $271,312.96 |
| 8 | WEIHAI YUNSHAN GARMENT CO, LTD.<br>WENQUAN LIULIN INDUSTRIAL ESTATE, NO.8 YUNSHAN ROAD,<br>WEIHAI, SHANDONG<br>CHINA | | TRADE DEBT | | | | $151,036.04 |
| 9 | NINGBO HUANXU<br>XINXING INDUSTRIAL PARK,<br>SHOUNAN ST<br>NINGBO, ZHEJIANG<br>CHINA | | TRADE DEBT | | | | $143,499.47 |
| 10 | NYC DEPTARTMENT OF FINANCE<br>66 JOHN STREET, ROOM 104<br>NEW YORK, NY 10038 | Attn: Bankruptcy Dept.<br>(T): (212) 639-9675 | TAXES | | | | $124,050.13 |
| 11 | COLLIERS INTERNATIONAL HOLDINGS INC.<br>666 5TH AVENUE<br>NEW YORK, NY 10103 | (T): (212) 716-3500<br>(F): (212) 716-3566 | TRADE DEBT | | | | $70,000.00 |
| 12 | ELITE LUCK HOLDINGS LIMITED<br>16/F PAT TAT INDUSTRIAL BLDG<br>SAN PO KONG KOWLOON<br>HONG KONG | | TRADE DEBT | | | | $60,822.00 |
| 13 | DATA MASONS SOFTWARE, LLC<br>1605 MAIN STREET, STE 610<br>SARASOTA, FL 34236 | Attn: Dennis P. Bruce<br>(T): (866) 575-1631 x951<br>(F): (877) 532-0869 | TRADE DEBT | | | | $50,392.75 |
| 14 | LEVI STRAUSS & CO.<br>3125 CHAD DRIVE<br>EUGENE, OR 97408 | Attn: Jeff Jacobs<br>Sr. Analyst, Licensing Reporting<br>(T): 541-242-7551<br>(F): 682-292-1528 | TRADE DEBT | | | | $45,500.00 |
| 15 | PA USA, INC.<br>1601 GULF STREET, SUITE 300<br>CHATTANOOGA, TN 37408 | Attn: John Buchan<br>Chief Executive Officer<br>(T): (423) 954-3007 | TRADE DEBT | | | | $36,670.18 |

Debtor: Hampshire Group, Limited

Case Number (*if known*): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 16 | PROFESSIONAL SPORTS PUBLICATIONS<br>570 ELMONT RD, DEPT 203<br>ELMONT, NY 11003 | Attn: Keith Pignetti<br>(T): (516) 327-9500<br>(F): (212) 286-8154<br>800-380-5563 | TRADE DEBT | | | | $34,500.00 |
| 17 | BIGLIARDI, PABIS TICCI & ASSOC.<br>50122 FIRENZE<br>FLORENCE<br>VIA SANT' EGIDIO<br>ITALY | Attn: Alberto Bigliardi<br>(T): +39 055 2638347/8<br>(F): +39 055 2479641 | PROFESSIONAL SERVICES | | | | $31,729.10 |
| 18 | ACCORD FINANCIAL, INC.<br>25 WOODS LAKE RD, STE 102<br>GREENVILLE, SC 29607 | Attn: Terry M. Keating<br>Executive Vice President<br>(T): (864) 271-4384<br>(F): (864) 242-0863<br>800-231-2757 | TRADE DEBT | | | | $27,135.00 |
| 19 | STEPPING STONE LANDSCAPING<br>251 MELTON ROAD<br>PENDLETON, SC 29670 | (T): (864) 261-6555 | TRADE DEBT | | | | $9,600.00 |
| 20 | KONICA MINOLTA BUSINESS SOLUTIONS<br>100 WILLIAMS DRIVE<br>RAMSEY, NJ 07446 | (T): (201) 825-4000<br>(F): (201) 825-7605 | TRADE DEBT | | | | $8,578.77 |

Fill in this information to identify the case and this filing:

Debtor Name: Hampshire Group, Limited

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/23/2016
MM / DD / YYYY

X _____ [signature] _____
Signature of individual signing on behalf of debtor

Paul Buxbaum
Printed name

President and Chief Executive Officer
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAMPSHIRE GROUP, LIMITED,<br><br>Debtor.<br><br>Tax ID No.: 06-0967107 | Chapter 11<br><br>Case No. 16-[_____] (__) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(1) AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, I, Paul Buxbaum, President and Chief Executive Officer of Hampshire Group, Limited, a Delaware corporation ("Hampshire Group"), named as the debtor in the above-captioned case, declare under penalty of perjury that, to the best of my knowledge, information and belief, Invesco Ltd. and its affiliates beneficially own 10% or more of Hampshire Group's equity interests. To the best of my knowledge, information and belief, no other corporation directly or indirectly owns 10% or more of any class of Hampshire Group's equity interests.

HAMPSHIRE GROUP, LIMITED

By: _____
Name: Paul Buxbaum
Title: President and Chief Executive Officer

140999.00100/104076261v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAMPSHIRE GROUP, LIMITED,<br><br>Debtor.<br><br>Tax ID No.: 06-0967107 | Chapter 11<br><br>Case No. 16-[_____] (___) |

## DECLARATION CONCERNING MASTER CREDITORS LIST

I, Paul Buxbaum, President and Chief Executive Officer of Hampshire Group, Limited, a Delaware corporation, named as the debtor in the above-captioned case (the "Debtor"), declare under penalty of perjury that (i) I have reviewed the master creditors list (the "Master Creditors List"), electronically filed contemporaneously herewith, and (ii) as best as could be ascertained after diligent inquiry, such Master Creditors List is a full and complete list of all creditors and parties with whom the Debtor conducts business, including their mailing addresses. The Debtor will update the Master Creditors List as more information becomes available. To the extent practicable, the Master Creditors List complies with Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal or factual investigation with regard to possible defenses to any claims set forth in this document have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense to any below-listed claim; (2) an acknowledgement of the allowability of any below-listed claim; or (3) a waiver of any other right or legal position of the Debtor.

140999.00100/104077046v.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 23, 2016

HAMPSHIRE GROUP, LIMITED

By: _____
Name:  Paul Buxbaum
Title:  President and Chief Executive Officer

Signature Page - Declaration Concerning Master Creditors List

-2-

140999.00100/104077046v.1