**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Hampshire Group Limited | : | Case No. 16-12634 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Onewoo Corporation**, Attn: Joon Bum Bae, RM #B-604, D-Polis Bldg, 606 Seobusaet-Gil, Geumcheon-Gu, Seoul, Korea, Phone: 82-10-3265-9224; Fax: 82-2-861-8558

2. **Triburg USA, Inc.**, Attn: Vikas Chawla, 231 W. 29th Street, Suite 1207, New York, NY 10001, Phone 212-967-2343

3. **Aurora Investments Global Limited**, Attn: Teddy Chinh, Hochiminh Represenative Office, 5th Floor, Dai Phuc Tower, 617-621, Dien Bien Phu Street, Ward 25th, Binh District, Hochiminh City, Phone: 84-8-3898-3888

4. **I-Mar LLC**, Attn: Christopher Kim, 5150 Rancho Road, Huntington Beach, CA 92647, Phone: 714-901-4627: Fax: 714-901-4637

5. **BRE 114 West 41st Street LLC**, Attn: Paul Filtzer, 100 Summer Street, Suite 900, Boston, MA 02110, Phone: 617-425-6064

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ David L. Buchbinder  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: December 7, 2016

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Michael Debaecke, Esq., Phone: (302)-425-6400, Fax: (302)-425-6464