IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAMPSHIRE GROUP, LIMITED, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-12634 (BLS)<br><br>Jointly Administered<br><br>**Related Docket Nos. 68, 70, 71, 82** |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND SCHEDULE BID PROCEDURES HEARING WITH RESPECT TO MOTION OF DEBTORS FOR ENTRY OF ORDERS (I) (A) APPROVING BID PROCEDURES FOR THE DEBTOR'S JAMES CAMPBELL ASSETS; (B) APPROVING NOTICE PROCEDURES FOR THE SOLICITATION OF BIDS, AN AUCTION, AND THE ASSUMPTION AND ASSIGNMENT OF ANY EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (C) SCHEDULING AN AUCTION FOR THE SALE OF THE JAMES CAMPBELL ASSETS; (II) APPROVING THE SALE OF THE JAMES CAMPBELL ASSETS AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF ANY EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten Notice")[2] of the Debtors for entry of an order pursuant to Local Rule 9006-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, shortening the notice period and scheduling a hearing on the notice, bidding procedures, scheduling of an auction and related relief in their Motion of Debtors for Entry of Orders (i) (a) Approving Bid Procedures for the James Campbell Assets; (b) Approving Notice Procedures for the Solicitation of Bids, an Auction, and the Assumption and Assignment of Any Executory Contracts and Unexpired Leases in Connection Therewith; and (c) Scheduling an Auction for the Sale of the James

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Hampshire Group, Limited (7107), Hampshire Brands, Inc. f/k/a Hampshire Designers, Inc. (1174) and Hampshire International, LLC (5327). The address of the Debtors' corporate headquarters is 1924 Pearman Dairy Road, Anderson, South Carolina 29625.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Shorten Notice.

140999.01600/104657690v.1

Campbell Assets; (ii) Approving the Sale of the James Campbell Assets and Approving the Assumption and Assignment of Any Executory Contracts and Unexpired Leases in Connection Therewith; and (iii) Granting Related Relief (the "<u>Sale Motion</u>"); and due and proper notice of the Motion to Shorten Notice having been given under the facts and circumstances; and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is granted as set forth herein.

2. A Bid Procedures Hearing with respect to the Sale Motion shall be held on January 9, 2017, at 1:00 p.m. (prevailing Eastern Time) before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Sixth Floor, Courtroom #1, Wilmington, Delaware 19801.

3. Any objection or response to the proposed Sale and Bid Procedures shall be filed with the Court on or before January 6, 2017, at 3:00 p.m. (prevailing Eastern Time) and served upon the following parties so as to be received by them on or before such date and time: (i) proposed counsel to the Debtors, Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Michael D. DeBaecke, Esq. and Bryan J. Hall, Esq.); (ii) proposed counsel to the Official Committee of Unsecured Creditors, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Peter J. Keane, Esq.), and (b) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Richard E. Mikels, Esq., and Ilan D. Scharf, Esq.); (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: David Buchbinder, Esq.); and (iv) counsel to Salus Capital Partners, LLC, (a) Greenberg Traurig, LLP, One International Place, Suite 2000, Boston,

Massachusetts 02110 (Attn: Jeffrey M. Wolf, Esq.), and (b) Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, New York 10166 (Attn: Matthew L. Hinker, Esq.).

4. The Debtors shall, no later than one (1) business day after entry of this Order, serve a copy of this Order by email, hand, or overnight courtier on the parties originally served with copies of the Motion to Shorten Notice and all other potential bidders now known to the Debtors.

5. The Debtors are authorized to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

Dated: January 3, 2017  
Wilmington, Delaware

HONORABLE BRENDAN LINEHAN SHANNON  
CHIEF UNITED STATES BANKRUPTCY JUDGE

140999.01600/104657690v.1