# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAMPSHIRE GROUP, LIMITED, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-12634 (BLS)<br><br>Jointly Administered<br><br>Related Docket Nos.: 67, 68, 89<br><br>**Bid Procedures Objection Deadline:**<br>   January 6, 2017 at 3:00 p.m. (ET)<br><br>**Bid Procedures Hearing Date:**<br>   January 9, 2017 at 1:00 p.m. (ET) |

**NOTICE OF HEARING ON BID PROCEDURES PORTION OF MOTION OF THE DEBTORS FOR ENTRY OF ORDERS (I)(A) APPROVING BID PROCEDURES FOR THE DEBTORS JAMES CAMPBELL ASSETS; (B) APPROVING NOTICE PROCEDURES FOR THE SOLICITATION OF BIDS, AN AUCTION, AND THE ASSUMPTION AND ASSIGNMENT OF ANY EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (C) SCHEDULING AN AUCTION FOR THE SALE OF THE JAMES CAMPBELL ASSETS; (II) APPROVING THE SALE OF THE JAMES CAMPBELL ASSETS AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF ANY EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 23, 2016, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtors for Entry of Orders (i)(a) Approving Bid Procedures for the Debtor's James Campbell Assets; (b) Approving Notice Procedures for the Solicitation of Bids, an Auction, and the Assumption and Assignment of Any Executory Contracts and Unexpired Leases in Connection Therewith; and (c) Scheduling an Auction for the Sale of the James Campbell Assets; (ii) Approving the Sale of the James Campbell Assets and Approving the Assumption and Assignment of Any Executory Contracts and Unexpired Leases in Connection Therewith; and (iii) Granting Related Relief* [Docket No. 67] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A true and correct copy of the Motion is served upon you herewith.

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Hampshire Group, Limited (7107), Hampshire Brands, Inc. f/k/a Hampshire Designers, Inc. (1174) and Hampshire International, LLC (5327). The address of the Debtors' corporate headquarters is 1924 Pearman Dairy Road, Anderson, South Carolina 29625.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

-2-

**PLEASE TAKE FURTHER NOTICE** that, on January 3, 2017, upon prior motion and certification of counsel of the Debtors, the Bankruptcy Court entered an *Order Granting Debtors' Motion to Shorten Notice and Schedule Bid Procedures Hearing with Respect to the Motion* [Docket No. 89] (the "Order Shortening Notice"). A true and correct copy of the Order Shortening Notice is served upon you herewith.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order Shortening Notice, any responses or objections to the Bid Procedures portion of the Motion must be (i) filed in writing with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 6, 2017 at 3:00 p.m. (prevailing Eastern Time)** (the "Bid Procedures Objection Deadline"), and (ii) served upon, so as to be received by, the following parties on or before the Bid Procedures Objection Deadline: (i) counsel to the Debtors, Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, Delaware 19801 (Attn: Michael D. DeBaecke, Esq. and Bryan J. Hall, Esq.); (ii) proposed counsel to the Official Committee of Unsecured Creditors, (a) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Peter J. Keane, Esq.), and (b) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 36th Floor, New York, NY 10017 (Attn: Richard E. Mikels, Esq., and Ilan D. Scharf, Esq.); (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: David Buchbinder, Esq.); and (iv) counsel to Salus Capital Partners, LLC, (a) Greenberg Traurig, LLP, One International Place, Suite 2000, Boston, Massachusetts 02110 (Attn: Jeffrey M. Wolf, Esq.), and (b) Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, New York 10166 (Attn: Matthew L. Hinker, Esq.).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order Shortening Notice, a hearing with respect to the Bid Procedures portion of the Motion will be held in the Bankruptcy Court on **January 9, 2017 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

-3-

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND TO THE BID PROCEDURES PORTION OF THE MOTION IN ACCORDANCE WITH THIS NOTICE AND THE ORDER SHORTENING NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE BID PROCEDURES PORTION OF THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: January 3, 2017
      Wilmington, Delaware

**BLANK ROME LLP**

 */s/ Michael D. DeBaecke*
Michael D. DeBaecke (DE No. 3186)
Bryan J. Hall (admitted *pro hac vice*)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464
E-mail:   DeBaecke@BlankRome.com
          BHall@BlankRome.com

Leon R. Barson (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103-6998
Telephone:   (215) 569-5576
Facsimile:   (215) 832-5576
E-mail:   LBarson@BlankRome.com

*Counsel to the Debtors and Debtors in Possession*

140999.01600/104664626v.1