**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| HAMPSHIRE GROUP, LIMITED, et al., | Case No. 16-12634 (BLS) |
| Debtors.[1] | Jointly Administered |

**GLOBAL NOTES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Hampshire Group, Limited ("HGL"), Hampshire Brands, Inc. (f/k/a Hampshire Designers, Inc.) ("HBI"), and Hampshire International, LLC (each a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors have made reasonable and good faith efforts to prepare the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These global notes regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements (i) are unaudited, (ii) do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, (iii) were gathered from a variety of different sources available to the Debtors and (iv) were prepared with such data to provide a cut-off as near as possible to November 23, 2016 (the "Petition Date"), unless specifically noted otherwise. While the Debtors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on the information available at the time of preparation, further review of additional information may reveal inadvertent errors or omissions. For example, certain assets or liabilities that are not reported or tracked centrally by the Debtors inadvertently may have been omitted from the Schedules or Statements.

In preparing these Schedules and Statements, the Debtors may have inadvertently listed or scheduled an asset or liability on the Schedules and Statements of one Debtor when such asset or

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Hampshire Group, Limited (7107), Hampshire Brands, Inc. f/k/a Hampshire Designers, Inc. (1174) and Hampshire International, LLC (5327). The address of the Debtors' corporate headquarters is 1924 Pearman Dairy Road, Anderson, South Carolina 29625.

liability should properly have been listed or scheduled on the Schedules and Statements of another Debtor.

Further, it is not the Debtors' intent to waive, limit, or abandon any right, claim, cause of action, defense, interest, license, or other asset of the estates, whether based in contract, tort, or otherwise, and the Debtors reserve and assert any and all of the foregoing, of whatever kind or nature, with respect to all parties.

The Debtors expressly reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.  Investigation and due diligence is ongoing.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to these cases, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of claims, characterization of contracts, assumption or rejection of contracts or leases under the provisions of the Bankruptcy Code, and/or claims or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers for the benefit of creditors and the bankruptcy estates.

The Debtors reserve all rights to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and Statements as to amount, liability or classification.  The Debtors also reserve all rights with respect to the values, amounts and characterization of the assets and liabilities listed in the Schedules and Statements.  Any failure to designate a claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and/or additional unliquidated amounts.

The Debtors reserve all rights with respect to any causes of action, and nothing in the Schedules and Statements or these Global Notes shall be deemed a waiver of any such causes of action.  Similarly, in instances where any of the Debtors are named defendants in pending litigation, nothing in the Schedules and Statements or these Global Notes shall be deemed to be an admission or determination with respect to, or a waiver of any defense or objection to, any claims or causes of action asserted in such litigation, and all of the Debtors' defenses, objections, and other rights with respect to such claims or causes of action are hereby preserved.

William Drozdowski, Chief Financial Officer of each Debtor, has signed the Schedules and Statements.  Mr. Drozdowski has only been engaged by the Debtors since March 2015.  In reviewing and signing the Schedules and Statements, Mr. Drozdowski necessarily has relied upon the efforts, statements, and representations of others working on behalf of the Debtors.  Mr. Drozdowski has not (and could not have) personally verified the accuracy of each statement and representation set forth in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

HGL is a public company.  As such, over the years, HGL has made numerous filings with the Securities and Exchange Commission.  For additional information concerning the Debtors,

2

their histories, and their respective assets and liabilities, creditors and other parties in interest are encouraged to review any or all of the Debtors' prior SEC filings. For example, and not by way of limitation, certain of the Debtors' prior SEC filings have contained detailed information regarding related party transactions, as that term is used therein. *See*, *e.g.*, Debtors' 2014 10-K (describing agreements and transactions involving the Debtors, Paul Buxbaum, the Buxbaum Group, and Sole Assets Holdings, Inc., a company also owned by Mr. Buxbaum; describing purchase and sale transactions involving a former Debtor affiliate, Rio Garment, and former executives employed by the Debtor(s)).

### Note specific to intangible assets and intellectual property

The Debtors' intangible and intellectual property assets include, without limitation, any and all patents, copyrights, trademarks, licenses, trade secrets, internet domain names and websites, franchises, royalties, customer lists, mailing lists, other compilations, goodwill, other intangibles and/or other intellectual property owned by any Debtor or in which any Debtor may have an interest, and all contracts and rights relating to any of the foregoing.

### Notes specific to Schedule E/F (Hampshire International, LLC)

It is the Debtors' position that the claims of Creditors Who Hold Unsecured Claims against Hampshire International, LLC were assumed in 2015 by the buyers in the Rio Garment stock purchase transaction. *See* 2014 10-K. Upon information and belief, at least certain of the creditors listed in Schedule E/F may continue to assert claims, in unknown amounts, against Hampshire International, LLC.

### End of Global Notes ###

**Fill in this information to identify the case:**

Debtor name __Hampshire International, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __16-12636 (BLS)____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................

$ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................

$ Unliquidated

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................

$ Unliquidated

---

| Part 2: | Summary of Liabilities |
|---|---|

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................

$ 7,332,449.29

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................................

$ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..........................................

+ $ Unliquidated

4. **Total liabilities**...........................................................................................................................................
   Lines 2 + 3a + 3b

$ Unliquidated

**Fill in this information to identify the case:**

Debtor name ___Hampshire International, LLC___

United States Bankruptcy Court for the: _____ District of ___Delaware___
                                                                              (State)

Case number (If known): ___16-12636 (BLS)___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Sterling National Bank | Lockbox (inactive) | 5327 ___ ___ ___ ___ | $ 0.00 |
   | 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $ _____ |
   | 4.2. _____ | $ 0.00 |

5. **Total of Part 1**                                                                $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $ _____ |
   | 7.2. _____ | $ _____ |

Debtor    Hampshire International, LLC
          Name

Case number *(if known)* 16-12636 (BLS)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 0.00 _____

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ − _____ = ........➡    $_____
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:    $486,730.52 _____ − $486,730.52 _____ = ........➡    $ 0 _____
                             face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00 _____

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. None _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ 0.00 _____

**Schedule A/B: Assets — Real and Personal Property**

Debtor _____
Hampshire International, LLC
Name

Case number *(if known)*_____16-12638 (BLS)_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

| Debtor | Hampshire International, LLC | Case number *(if known)* | 16-12636 (BLS) |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $ 0_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Hampshire International, LLC
_____
Name

Case number *(if known)* 16-12636 (BLS)
_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor  Hampshire International, LLC
Name

Case number (if known)  16-12636 (BLS)

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Hampshire International, LLC
_____
Name

Case number *(if known)* 16-12636 (BLS)
_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____  –  _____  = ➔  $_____
                                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____  $_____
_____     Tax year _____  $_____
_____     Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                     $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Hampshire International, LLC
         _____        Case number (if known)   16-12636 (BLS)
         Name

---

**Part 12:**   **Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 0 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...............................................................   $ 0

---

**Fill in this information to identify the case:**

Debtor name _Hampshire International, LLC_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known) _16-12636 (BLS)_

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

Salus Capital Partners, LLC, as Administrative and Collateral Agent

**Describe debtor's property that is subject to a lien**

All or substantially all the Debtors' assets                $ 4,332,449.29      $ Unliquidated

Revolver

Creditor's mailing address

197 First Avenue, Suite 250

Needham Heights, MA 02494-2816

**Describe the lien**
First priority

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

Info@Saluscapital.com

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _09/26/2013_

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Salus Capital Partners, LLC, as Administrative and Collateral Agent

**Describe debtor's property that is subject to a lien**

All or substantially all the Debtors' assets                $ 3,000,000.00      $ Unliquidated

Term loan

Creditor's mailing address

197 First Avenue, Suite 250

Needham Heights, MA 02494-2816

**Describe the lien**
First priority

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

Info@Saluscapital.com

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _09/26/2013_

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  
  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $ 7,332,449.29

| Debtor | Hampshire International, LLC | Case number (if known) 16-12636 (BLS) |
|---|---|---|
| | Name | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Greenberg Traurig, LLP, counsel to Salus Capital Partners, LLC<br>One International Place, Suite 2000, Boston, Massachusetts 02110<br>Attn: Jeffrey M. Wolf, Esq. | Line 2. __ | __ __ __ __ |
| Greenberg Traurig, LLP, counsel to Salus Capital Partners, LLC<br>MetLife Building, 200 Park Avenue, New York, New York 10166<br>Attn:  Matthew L. Hinker, Esq. | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor          Hampshire International, LLC

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                                    (State)

Case number     16-12636 (BLS)
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

**2.2**  Priority creditor's name and mailing address

_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

**2.3**  Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

Debtor  Hampshire International, LLC                                    Case number (if known) 16-12636 (BLS)
        Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**

See attached.

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Hampshire International, LLC | | | | |
|---|---|---|---|---|---|
| | Name | | | Case number *(if known)* | 16-12636 (BLS) |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ Unliquidated |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ Unliquidated |

Hampshire International, LLC
Case # 16-12636 (BLS)
Schedule E/F, Part 2, Line 3.1

| Vendor Name | Street | City | State/Province | Zip | Additional Address | Total | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|---|---|
| ALCATEXTIL, S.A. | KM.35.8 CARRETERA AL PACIFICO | BODEGA 6 | LOTIFICO LOS SAUCES | | BODEGA 6, PALIN ESCUINTLA | Unliquidated | X | X | X |
| ALPAY OZMAN | 573 GRAND ST  APT D-1704 | New York | NY | 10002 | | Unliquidated | X | X | X |
| AMANDA KOSSUTH | 222 W. 15th Street | New York | NY | 10011 | | Unliquidated | X | X | X |
| AMERICAN EXPRESS | PO BOX 360001 | FT LAUDERDALE | FL | 333360001 | | Unliquidated | X | X | X |
| ARCHROMA US, INC | 4000 MONROE RD | Charlotte | NC | 28205 | | Unliquidated | X | X | X |
| AVERY DENNISON EL SALVADOR | Zona Franca Internacional Edif. 6-7 | Km. 18 1/2, Carretera a Comalapa | Olocuilta, LA | | Paz, El Salvador, C.A. | Unliquidated | X | X | X |
| AVERY DENNISON HONG KONG | 1/F., No. 7 Chun Ying Street | Tseung Kwen O Industrial Estate | New Terrioties | | Hong Kong | Unliquidated | X | X | X |
| AVERY DENNISON RIS HONDURAS | Zip Bufalo, Edificio #25A | Vilanueva Cortes | Honduras | | | Unliquidated | X | X | X |
| AVERY DENNISON RIS PERU S.A.C. | Calle Santa Ines 125 | Lima | Peru | | | Unliquidated | X | X | X |
| BUREAU VERITAS GUATEMALA | 5 AV 5-55 ZONA 14, EDIFICIO EUROPLAZA | TORRE 4, OF 1503/1504, NIVEL 15 | GUATEMALA | | | Unliquidated | X | X | X |
| C PRINT INC | 1901 E. 7TH PLACE | Los Angeles | CA | 90021 | | Unliquidated | X | X | X |
| CHUN YING TEXTILE | UNIT N, 4/F, CENTURY INDUSTRIAL CENTRE | 33-35 AU PUI WAN ST, FOTAN, N.T. | HONG KONG | | | Unliquidated | X | X | X |
| CLAROTEX GUATEMALA, S.A. | KM 44.5 DE LA  CARRETERA AL PACIFICO | PALIN ESCUINTLA BODEGA 1 | | | | Unliquidated | X | X | X |
| COATS MEXICO, S A DE C V | 800 Mts. Carretera a la Jutosa | ZIP INDELVA, Edifcio #13 | Chaloma, Cortes HN | | | Unliquidated | X | X | X |
| COMORE, INC | 17120 S. FIGUEROA ST. #B | Gardena | CA | 90248 | | Unliquidated | X | X | X |
| CROWLEY LATIN AMERICA SERVICES | 10205 NW 108th ASV Ste 1 | Medley | FL | 33178 | | Unliquidated | X | X | X |
| CROWLEY LOGISTICS, INC | 9487 REGENCY SQUARE BLVD | JACKSONVILLE | FL | 32225 | | Unliquidated | X | X | X |
| DEEP SOUTH HLDNG CO | 2216 HWY 311  P.O. BOX 250 | Madison | NC | 27025 | | Unliquidated | X | X | X |
| DONRAY PRINTING, INC | 2 EASTMANS RD | Parsippany | NJ | 07054 | | Unliquidated | X | X | X |
| FEDERAL EXPRESS CORP | 3640 Hacks Cross Rd | Memphis | TN | 38125 | | Unliquidated | X | X | X |
| FEDEX FREIGHT | PO Box 223125 | Pittsburgh | PA | 152507461 | | Unliquidated | X | X | X |
| FINELINE TECHNOLOGIES, INC | PO Box 934219 | Atlanta | GA | 31193-4219 | | Unliquidated | X | X | X |
| FLAMINGO'S | Carretera A Quezaltepeque | El Salvador | C.A. | | | Unliquidated | X | X | X |
| GERBER TECHNOLOGY S A DE C V | XOLA 613 DESP 202, COL. DEL VALLE 03100 | D F MEXICO | | | | Unliquidated | X | X | X |
| GRAPHICZONE LIMITED | ROOM 403 6AB 4TH FLOOR | Block 1, Wang Cheong Factory Building | 781 Lai Chi Kok Rd | | Kowloon, Hong Kong | Unliquidated | X | X | X |
| GREAT WHITE FLEET LINER SVCS LTD | Clarendon House, 2 Church Street | Hamilton, HM 11 | Bermuda | | 550 S. Caldwell Street, Charlotte, NC  28202 | Unliquidated | X | X | X |
| HB TRIM | 10454 W. MCNAB RD | TAMARAC | FL | 33321 | | Unliquidated | X | X | X |
| INTABORO | 88-19 101st AVENUE | OZONE PARK | NJ | 11416 | | Unliquidated | X | X | X |
| INTERFASHION, INC | 18101 S ADRIA MARU LANE | Carson | CA | 90746 | | Unliquidated | X | X | X |
| INTERTEK DE GUATEMALA, S A | 20 CALLE 26-30 ZONA 10 | EMPRESARIAL READERA, BODEGA #4 | GUATEMALA | | | Unliquidated | X | X | X |
| KRISTEEN VAN FOSSEN | 6340 W 5TH ST | LOS ANGELES | CA | 90048 | | Unliquidated | X | X | X |
| LABELTEX MILLS INC | 6100 WILMINGTON AVE | Los Angeles | CA | 90001 | | Unliquidated | X | X | X |
| LAGUNA FABRICS | 2222 E. OLYMPIC BLVD UNIT B | Los Angeles | CA | 90021 | | Unliquidated | X | X | X |
| MAYOTEX, S.A. | 13 AV. 33-00 Zone 13, colonia SANTA FE | GUATEMALA | GUATEMALA | | | Unliquidated | X | X | X |
| MORRISETTE/WAYNE | Zip Bufalo Industrial Park Bldg #1-b | San Pedro Sula | Honduras | | | Unliquidated | X | X | X |
| PARKDALE AMERICA LLC | 531 COTTON BLOSSOM CIRCLE | Gastonia | NC | 28054 | | Unliquidated | X | X | X |
| PARKDALE MILLS, INC. | 531 COTTON BLOSSOM CIRCLE | Gastonia | NC | 28054 | | Unliquidated | X | X | X |
| PRETEXSA | 4 CALLE LOTE 27 "D" KILOMETRE 30.5 | ZONA FRANCA PARQUE, AMATITLAN | | | | Unliquidated | X | X | X |
| PRIDE MANUFACTURING | 15757 PINES BLVD SUITE 038 | PEMBROKE PINES | FL | 33027 | | Unliquidated | X | X | X |

**Hampshire International, LLC**
**Case # 16-12636 (BLS)**
**Schedule E/F, Part 2, Line 3.1**

| Vendor Name | Street | City | State/Province | Zip | Additional Address | Total | Contingent | Unliquidated | Disputed |
|---|---|---|---|---|---|---|---|---|---|
| PRIDE PERFORMANCE FABRICS | Zoli Woong Chun KM 19.5 | Carretera A Occidente | La Acequia, Naco, Quimistan | | Santa Barbara, Honduras | Unliquidated | X | X | X |
| QC INTERNACIONAL | 16 AVENIDA "A" 3-94 ZONA | 15 COLONIA JARDINES DE MINERVA | GUATEMALA | | | Unliquidated | X | X | X |
| R-PAC INTERNATIONAL CORP | 132 WEST 36TH ST, 7TH FL | New York | NY | 10018 | | Unliquidated | X | X | X |
| SAN MAR CORP | 22833 SE BLACK NUGGET RD Suite 130 | Issaquah | WA | 98029 | | Unliquidated | X | X | X |
| SEABOARD SOLUTIONS, INC | 8001 NW 79TH AVE | Miami | FL | 33166 | | Unliquidated | X | X | X |
| SGS MULTILAB S A DE C V | CALLE SOFOCLES 217 COL LOS MORALES SECC | PALMAS, DEL MIGUEL HIDALGO CP 11540 | MEXICO D F | | | Unliquidated | X | X | X |
| SHANGHAI NAXIS CO | Rm 3008, 2 Grand Gateway, No. 3th Hongqiao Rd | Shanghai | China | | | Unliquidated | X | X | X |
| SSI OCEAN SERVICES, INC | 7860 NW 80th Street | Miami | FL | 33166 | | Unliquidated | X | X | X |
| STARTEX S.A. | 13 AVENLDA 31-95 BODEGA #7 | COLONIA SANTA FE, ZONA 13 | CIUDAD DE GUATEMALA | | | Unliquidated | X | X | X |
| SUBLI HONDURAS | ZONA INDUSTRIAL, VALLE DE AMARATECA | FRANCISCO MORAZAN | Honduras | | C.A. | Unliquidated | X | X | X |
| SWISSTEX DIRECT, LLC | 13800 S FIQUEROA ST | Los Angeles | CA | 90061 | | Unliquidated | X | X | X |
| TEXEVER INC | 12411 Industrial Avenue | South Gate | CA | 90280 | | Unliquidated | X | X | X |
| TRADELINK TECHNOLOGIES | 725 PROVIDENCE RD SUITE 319 | CHARLOTTE | NC | 28207 | | Unliquidated | X | X | X |
| WAH FUNG LABEL COMPANY, LTD | 32-40 KWAI TING ROAD | KWAI CHUNG, N.T. | UNIT A, 10/F, PHASE 1 | | YEE LIM FACTORY BLDG | Unliquidated | X | X | X |
| WILSON GARMENT ACCESSORIES | Unit A, 10/F, Phase i | Yee Lim Factory Bldg | 32-40 Kwai Ting Rd | | Kwai Chung, N.T., Hong Kong | Unliquidated | X | X | X |
| WYSE EXCLUSIVE (HK) LTD | Room 1031 Beverly Commercial Centre | 87-105 Chatham Rd | Tsimshatsui, Kowloon | | Hong Kong | Unliquidated | X | X | X |
| ZAGIS USA, LLC | 1017 SAINT JOHN ST | Lafayette | LA | 70501 | | Unliquidated | X | X | X |
| | | | | | Total: | Unliquidated | | | |

**Fill in this information to identify the case:**

Debtor name  Hampshire International, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                    (State)

Case number (If known):  16-12636 (BLS)  Chapter  11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.  List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest    See attached. | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Hampshire International, LLC**
**Case # 16-12636 (BLS)**
**Schedule G, Line 2**

| Contract | Counterparties |
|---|---|
| Stock Purchase Agreement dated as of April 10, 2015 among Hampshire Group, Limited, Hampshire International, LLC, Rio Garment, S.A., David Gren and Minor Valle. Omitted schedules and exhibits will be supplied to the SEC upon request (incorporated by reference to Exhibit 2.1 to the Company's Current Report on Form 8-K filed with the SEC on April 13, 2015). | Rio Garment S.A. Zip Rio Blanco Building #10 San Pedro Sula, Honduras <br><br> David L. Gren c/o Buchalter Nemer, PC 1000 Wilshire Boulevard Suite 1500 Los Angeles, CA 90017-1730 <br><br> Minor Valle |
| Amendment No. 1 to Stock Purchase Agreement dated as of May 14, 2015 among Hampshire Group, Limited, Hampshire International, LLC, Rio Garment, S.A., David Gren and Minor Valle. Omitted schedules and exhibits will be supplied to the SEC upon request (incorporated by reference to Exhibit 2.1 to the Company's Current Report on Form 8-K filed with the SEC on May 18, 2015). | Rio Garment S.A. Zip Rio Blanco Building #10 San Pedro Sula, Honduras <br><br> David L. Gren c/o Buchalter Nemer, PC 1000 Wilshire Boulevard Suite 1500 Los Angeles, CA 90017-1730 <br><br> Minor Valle |
| Assignment and Assumption of Rights Under and Joinder to Stock Purchase Agreement dated as of September 15, 2015 among David Gren, Minor Valle, Rio Asset Holdings, LLC, Rio Asset Holdco, LLC, Rio Garment, S.A. Hampshire Group, Limited and Hampshire International, LLC. (Incorporated by reference to Exhibit 2.3 to the Company's Current Report on Form 8-K filed with the SEC on September 21, 2015). | Rio Asset Holdco, LLC C/O The Corporation Trust Company Corporation Trust Center 1209 Orange St Wilmington, DE 19801 <br><br> Rio Asset Holdings, LLC C/O The Corporation Trust Company Corporation Trust Center 1209 Orange St Wilmington, DE 19801 <br><br> Rio Garment S.A. Zip Rio Blanco Building #10 San Pedro Sula, Honduras |

1

| Contract | Counterparties |
|---|---|
| | David L. Gren<br>c/o Buchalter Nemer, PC<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-1730<br><br>Minor Valle |
| Amendment No. 2 to Stock Purchase Agreement dated as of September 15, 2015 among David Gren, Rio Asset Holdings, LLC, Rio Asset Holdco, LLC, Hampshire Group, Limited, Hampshire International, LLC and Rio Garment, S.A.  Omitted schedules and exhibits will be supplied to the SEC upon request. (Incorporated by reference to Exhibit 2.4 to the Company's Current Report on Form 8-K filed with the SEC on September 21, 2015). | Rio Asset Holdco, LLC<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801<br><br>Rio Asset Holdings, LLC<br>C/O The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801<br><br>Rio Garment S.A.<br>Zip Rio Blanco<br>Building #10<br>San Pedro Sula, Honduras<br><br>David L. Gren<br>c/o Buchalter Nemer, PC<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-1730 |
| Amended and Restated Employment Agreement, dated as of July 24, 2013, by and among Hampshire International, LLC, Hampshire Group, Limited and David Gren (omitted schedules will be supplied to the SEC upon request) (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on July 25, 2013). | David L. Gren<br>c/o Buchalter Nemer, PC<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-1730 |
| Mutual Release Agreement dated as of May 14, 2015 among Hampshire Group, Limited, Hampshire International, LLC and David Gren (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on May 18, 2015). | David L. Gren<br>c/o Buchalter Nemer, PC<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-1730 |

| Contract | Counterparties |
|---|---|
| Guaranty Agreement dated as of September 15, 2015 among David Gren, Angela Smith, Hampshire Group, Limited and Hampshire International, LLC. (Incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K filed with the SEC on September 21, 2015). | David L. Gren<br>c/o Buchalter Nemer, PC<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-1730<br><br>Angela M. Smith<br>c/o Buchalter Nemer, PC<br>1000 Wilshire Boulevard<br>Suite 1500<br>Los Angeles, CA 90017-1730 |

**Fill in this information to identify the case:**

Debtor name __Hampshire International, LLC__

United States Bankruptcy Court for the: _____ District of __Delaw__
(State)

Case number (If known): __16-12636 (BLS)__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Hampshire Group | 1924 Pearman Dairy Road<br>Street<br><br>Anderson    SC    29625<br>City    State    ZIP Code | | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Hampshire Brands | 1924 Pearman Dairy Road<br>Street<br><br>Anderson    SC    29625<br>City    State    ZIP Code | | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Scott James, LLC | 1924 Pearman Dairy Road<br>Street<br><br>Anderson    SC    29625<br>City    State    ZIP Code | | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Hampshire Sub II, | 1924 Pearman Dairy Road<br>Street<br><br>    29625<br>City    State    ZIP Code | | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 SB Corporation | 1924 Pearman Dairy Road<br>Street<br><br>Anderson    SC    29625<br>City    State    ZIP Code | | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Hampshire Sub, Ir | 1924 Pearman Dairy Road<br>Street<br><br>Anderson    SC    29625<br>City    State    ZIP Code | | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hampshire International, LLC | Case number (if known) | 16-12634 (BLS) |
|---|---|---|---|
| | Name | | |

███ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.— | Marisa Christina, I | 1924 Pearman Dairy Road<br>Street<br><br>Anderson  SC  29625<br>City  State  ZIP Code | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.— | Marisa Christina A | 1924 Pearman Dairy Road<br>Street<br><br>Anderson  SC  29625<br>City  State  ZIP Code | Salus Capital Part | ☑ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br><br>City  State  ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  Hampshire International, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                      (State)

Case number (If known):  16-12636 (BLS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2017                    X _____
            MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                           William Drozdowski
                                           Printed name

                                           Interim CFO
                                           Position or relationship to debtor

Official Form 202           Declaration Under Penalty of Perjury for Non-Individual Debtors