IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HAMPSHIRE GROUP, LIMITED, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-12634 (BLS)<br><br>Jointly Administered<br><br>Re: Docket No. 349 |

**NOTICE OF EFFECTIVE DATE OF FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HAMPSHIRE GROUP, LTD., *ET AL*.**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Plan Confirmation.** On September 28, 2017, following a hearing on notice, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 349] (the "Confirmation Order") (i) confirming the First Amended Joint Chapter 11 Plan of Liquidation (as may be amended, modified or supplemented, the "Plan")[2] proposed by the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"), and (ii) granting final approval of the Disclosure Statement relating to the Plan. Please be advised that the Confirmation Order and the Plan include, among other things, certain exculpation and injunction provisions as set forth in the Confirmation Order and in Article IX.B and Article IX.C, respectively, of the Plan.

2. **Copies of Plan and Confirmation Order.** Copies of the Confirmation Order, Plan, and other documents filed in these Chapter 11 Cases are available for a fee on the Bankruptcy Court's website, http://www.deb.uscourts.gov (a PACER account is required), or by contacting (i) Steven W. Golden, attorney for the Committee, at sgolden@pszjlaw.com or (212) 561-7700 or (ii) Bryan J. Hall, attorney for the Debtors, at bhall@blankrome.com or (302) 425-6400.

3. **Effective Date.** On October 5, 2017 (the "Effective Date"), the Plan became effective. All conditions precedent to the Effective Date have been satisfied or waived. On or prior to the Effective Date, the Debtors, the Committee, and the Liquidation Trustee executed the Liquidation Trust Agreement. Richard S. Lauter has been appointed the Liquidation Trustee.

4. **Deadline to File Administrative Expense Claims.** In accordance with the Confirmation Order and the Plan, **November 6, 2017** is established as the deadline to assert an Administrative Expense Claim (i) arising during the period from May 1, 2017 through the Effective Date or (ii) otherwise arising pursuant to section 503 of the Bankruptcy Code that

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Hampshire Group, Limited (7107), Hampshire Brands, Inc., f/k/a Hampshire Designers, Inc. (1174), and Hampshire International, LLC (5327).

[2] Capitalized terms used but not defined in this Notice have the meanings ascribed to such terms in the Plan.

(y) was not subject to the First Administrative Expense Claims Bar Date [*see* Order at Docket No. 245] and (z) is not excluded from the Second Administrative Expense Claims Bar Date by the Confirmation Order. Any Entity asserting such an Administrative Expense Claim must (i) file proof of such Administrative Expense Claim with the Clerk of the United States Bankruptcy Court, Attention: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 and (ii) serve a copy of such Administrative Expense Claim upon counsel to the Liquidation Trustee by the above deadline or be forever barred from asserting, or receiving a distribution on account of, such Administrative Expense Claim.

5. **Deadline to File Professional Fee Claims.** All Professionals seeking allowance by the Bankruptcy Court of Professional Fee Claims must file their respective final applications for allowance of compensation for services rendered and reimbursement of expenses incurred during the pendency of the Chapter 11 Cases (the "Final Fee Applications") by **no later than October 31, 2017**. Objections, if any, to a Final Fee Application must be filed with the Bankruptcy Court and served on (i) such Professional, (ii) the Liquidation Trustee, and (iii) the United States Trustee by no later than twenty-one (21) days after the date on which such Final Fee Application is filed. A hearing to consider all timely filed and served Final Fee Applications shall be held on **November 28, 2017 at 11:00 a.m. (prevailing Eastern Time)**.

6. **Deadline to File Rejection Damage Claims.** Except as specifically provided in the Plan or the Confirmation Order, effective as of the Effective Date, the Debtors are deemed to have rejected all executory contracts and unexpired leases except those that (i) were previously assumed or rejected by order of the Bankruptcy Court, (ii) were assumed pursuant to the Plan or the Confirmation Order, or (iii) are the subject of a pending motion to assume or reject. By **no later than November 6, 2017**, each non-Debtor party to an executory contract or unexpired lease rejected as of the Effective Date must (i) file proof of a claim for damages alleged to have arisen from such rejection with the Clerk of the United States Bankruptcy Court, Attention: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware, 19801 and (ii) serve a copy of such proof of rejection damage claim upon counsel to the Liquidation Trustee or be forever barred from asserting, or receiving a distribution on account of, such rejection damage claim.

Dated: October 5, 2017

| | |
|---|---|
| **BLANK ROME LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| */s/ Michael D. DeBaecke* | */s/ Ilan D. Scharf* |
| Michael D. DeBaecke (DE No. 3186) | Richard E. Mikels (*admitted pro hac vice*) |
| Bryan J. Hall (DE No. 6285) | Ilan D. Scharf (*admitted pro hac vice*) |
| 1201 N. Market Street, Suite 800 | Peter J. Keane (DE Bar No. 5503) |
| Wilmington, Delaware 19801 | 919 North Market Street, 17th Floor |
| Telephone: (302) 425-6400 | Wilmington, Delaware 19801 |
| | Telephone: (302) 652-4100 |
| *Counsel for the Debtors* | *Counsel for Richard S. Lauter, Liquidation Trustee of the Hampshire Liquidation Trust* |